NOVEMBER 7, 1977

No. 76–1644.   GUNN, WARDEN v. POULIN.   C. A. 9th Cir. Motion of respondent for leave to proceed *in forma pauperis* and certiorari granted.   Judgment vacated and case remanded for further consideration in light of *Wainwright* v. *Sykes,* 433 U. S. 72 (1977).

No. A–222.   MECOM v. UNITED STATES.   C. A. 5th Cir. Application for reduction of bail, presented to MR. JUSTICE BRENNAN, and by him referred to the Court, denied.

No. A–302 (77–5353).   MINCEY v. ARIZONA.   Application for stay of the mandate of the Supreme Court of Arizona, presented to MR. JUSTICE BRENNAN, and by him referred to the Court, denied.

No. A–328 (77–5431).   TYLER v. DYER, CLERK, CIRCUIT COURT OF PLATTE COUNTY.   C. A. 8th Cir.   Application for stay of state court proceedings, presented to MR. JUSTICE MARSHALL, and by him referred to the Court, denied.

No. A–332.   GILBERT ET AL. v. LEIGHTON, U. S. DISTRICT JUDGE, ET AL.   C. A. 7th Cir.   Application for stay of injunction, presented to MR. JUSTICE WHITE, and by him referred to the Court, denied.

No. A–352 (77–526).   CHITTY v. UNITED STATES; and POSTAL v. UNITED STATES.   C. A. 5th Cir.   Application for bail, presented to MR. JUSTICE BRENNAN, and by him referred to the Court, denied.